Former order, 562 U.S. 809, 131 S. Ct. 399, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7486.

**No. D-2507. In the Matter of Disbarment of Paula B. Hutchinson.**

562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 373, 2011 U.S. LEXIS 1093.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 399, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7578.

**No. D-2509. In the Matter of Disbarment of Alan J. Shweky.**

562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 373, 2011 U.S. LEXIS 1106.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 399, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7478.

**No. D-2568. In the Matter of Disbarment of Daryll Boyd Jones.**

562 U.S. 1213, 131 S. Ct. 1567, 179 L. Ed. 2d 373, 2011 U.S. LEXIS 1089.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7567.